## *United States District Court for the Northern District of Illinois*

Case Number: `08cv2580`         Assigned/Issued By: `AEE`

Judge Name: `COAR`         Designated Magistrate Judge: `KEYS`

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
         (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                        (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05