AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

CASE NUMBER: 08CV2580

V.

ASSIGNED JUDGE: **JUDGE COAR**

Roman Rojas, indv. and d/b/a Rojas 2459 Club, Inc., d/b/a Aquarius Club & Restaurant and Rojas 2459 Club, Inc., d/b/a Aquarius Club & Restaurant

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Roman Rojas
3422 North Claremont
Chicago, Illinois 60618

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*Anya Ellis*

(By) DEPUTY CLERK



May 6, 2008

Date

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/18/08 | 2008 JUN 26 PM 2:49 |
| NAME OF SERVER (PRINT) Walter McWilliams | TITLE Private Detective | U.S. [CLERK] |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): THE PEOPLE LIVING AT 3422 N. CLAREMONT CHICAGO REPORT NO ONE BY THE NAME OF ROMAN ROJAS IS LIVING AT THIS ADDRESS

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/18/08      *Walter McWilliams*
                Date                Signature of Server

                         4647 W. 103rd St., Oak Lawn, IL 60453
                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.