## United States District Court for the Northern District of Illinois

Case Number: 08CV2580     Assigned/Issued By: J. N.

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons     ☑ Alias Summons
☐ Third Party Summons     ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
☐ Citation to Discover Assets     (Victim, Against and $ Amount)
☐ Writ _____
   (Type of Writ)

__2__ Original and __0__ copies on __7-3-08__ as to ROJAS 2459 CLUB, INC.;
                            (Date)
ROMAN ROJAS

---

C:\wpwin80\docket\feeinfo.frm     03/14/05