AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
|  | ALIAS **SUMMONS IN A CIVIL CASE** |
| J&J SPORTS PRODUCTIONS, INC. | |
|  | CASE NUMBER: 08 CV 2580 |
| V. | ASSIGNED JUDGE: Coar |
| ROMAN ROJAS, ind. and d/b/a ROJAS 2459 CLUB, INC., d/b/a AQUARIUS CLUB & RESTAURANT and ROJAS 2459 CLUB, INC., d/b/a AQUARIUS CLUB & RESTAURANT | DESIGNATED MAGISTRATE JUDGE: Keys |

TO: (Name and address of Defendant)

Rojas 2459 Club, Inc.
c/o David Kugler - Registered Agent
100 N. LaSalle Street - Suite 501
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Arnette Nunez*

(By) DEPUTY CLERK

July 3, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

08 CV 2850

| | | |
|---|---|---|
| | **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/24/08 | |
| NAME OF SERVER *(PRINT)* Joseph Connolly | TITLE Investigator | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Rojas 2459 Club Inc. c/o Maria Flittis
100 N. LaSalle Suite 501
Chicago, IL 60602

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/24/08  
           Date

*Signature of Server* Joseph Connolly

Metro Service Inc.
4447 W 103rd St. Oak Lawn, IL 60453
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.