AO 440 (Rev. 05/00) Summons in a Civil Action

*3900-044*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS   **SUMMONS IN A CIVIL CASE**

J&J SPORTS PRODUCTIONS, INC.

|  |  |
|---|---|
| **CASE NUMBER:** | 08 CV 2580 |
| **ASSIGNED JUDGE:** | Coar |
| **DESIGNATED MAGISTRATE JUDGE:** | Keys |

V.

ROMAN ROJAS, ind. and d/b/a ROJAS 2459 CLUB,INC.,
d/b/a AQUARIUS CLUB & RESTAURANT and ROJAS
2459 CLUB,INC., d/b/a AQUARIUS CLUB &
RESTAURANT

TO: (Name and address of Defendant)

Roman Rojas
2457 N. Pulaski #2
Chicago, Illinois  60639

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Annette Nunez_

(By) **DEPUTY CLERK**

**July 3, 2008**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _7-30-08_ |
| NAME OF SERVER *(PRINT)*   _DANIEL THOMPSON_ | TITLE   _INVESTIGATOR_ |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:

_ROMAN ROJAS_

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _LISBETH ROJOS  (SISTER)_

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _7-30-08_        _David Thompson_
　　　　　　　　Date　　　　　　　　　　　Signature of Server

_4647 W. 103RD ST  OAKLAWN ILL_
　　　　　Address of Server　　　　　　　　_60453_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.